Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:	(212) 292-5390
Facsimile:	(212) 292-5391
*Attorneys for Plaintiff*
*Smart Study Co., Ltd.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMART STUDY CO., LTD., *Plaintiff* v. AOVCL GLOBAL INC, *et al*, *Defendants* | CIVIL ACTION No. 20-cv-6458 (VEC) |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Smart Study Co., Ltd. ("Smart Study" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendants AOVCL GLOBAL INC and KangKang Direct in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

2

Dated: November 12, 2020 　　　　　　　　　　　　　　Respectfully submitted,

                                      **EPSTEIN DRANGEL LLP**

                         BY:   /s/ Brieanne Scully
                                   Brieanne Scully (BS 3711)
                                   bscully@ipcounselors.com
                                   EPSTEIN DRANGEL LLP
                                   60 East 42nd Street, Suite 2520
                                   New York, NY 10165
                                   Telephone:   (212) 292-5390
                                   Facsimile:   (212) 292-5391
                                   *Attorney for Plaintiff*
                                   *Smart Study Co., Ltd.*

**It is so ORDERED.**

Signed at New York, NY on  November 13,      , 2020.

                                                  _____
                                                  Hon. Valerie E. Caproni
                                                  United States District Judge