Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Smart Study Co., Ltd.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SMART STUDY CO., LTD.,
*Plaintiff*

v.

AOVCL GLOBAL INC, *et al*,
*Defendants*

CIVIL ACTION No.
20-cv-6458 (VEC)

### NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Smart Study Co., Ltd. ("Smart Study" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendants LONGMENGMENG and Tinabless Come Store in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: November 13, 2020                                                      Respectfully submitted,

**EPSTEIN DRANGEL LLP**

                                                      BY:     /s/ Brieanne Scully
                                                                 Brieanne Scully (BS 3711)
                                                                 bscully@ipcounselors.com
                                                                 EPSTEIN DRANGEL LLP
                                                                60 East 42nd Street, Suite 2520
                                                                New York, NY 10165
                                                                Telephone:    (212) 292-5390
                                                                Facsimile:     (212) 292-5391
                                                                *Attorney for Plaintiff*
                                                                *Smart Study Co., Ltd.*

**It is so ORDERED.**

Signed at New York, NY on   November 13, ___, 2020.

                                                                _____
                                                                 Hon. Valerie E. Caproni
                                                                United States District Judge