```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
SMART STUDY CO., LTD.,                                        :
                        Plaintiff,       :
                                               :
       -against-                                          :
                                               :   20-cv-6458 (VEC)
                                               :
AOVCL GLOBAL INC, BIGBUTER, BJQHAN,        :          ORDER
BORANG, CHENGBO, CLIFF HOME,                        :
DRAGON BABA, EOSOLAR, HLENYOY,              :
IEUMAZ, INNOHERO, JAMLLY,                                 :
KANGKANG DIRECT, LEBERY, LICIEN            :
SUNSHINE, LONGMENGMENG, MISS                :
LUOPAN, MITY RAIN, MIXTOYS,                          :
MOTORUS93, MSUYDSN , NAMI                            :
PRODUCTS, NETELUO , OLIVILO , ROHERO,   :
SAKOLLA, SHOP AND HAPPY, SLIGHTECH      :
NORTH AMERICA, TICIAGA, TINABLESS          :
COME STORE and WENSTYER,                             :
                                               :
                   Defendants.  :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS an order to show cause hearing is scheduled for **February 19, 2021 at 1:00 p.m.**;

IT IS HEREBY ORDERED THAT: The parties must appear for the hearing by calling 888-363-4749, using the access code 3121171, and the security code 6458.  Plaintiff is directed to serve a copy of this order on Defendants by **February 18, 2021 at 12:00 p.m.** and to file proof of service by **February 18, 2021 at 5:00 p.m.**

**SO ORDERED.**

Date:  February 17, 2021
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**